Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 19, 2006









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 19, 2006. 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01063-CV

____________

 

IN RE CENTERPOINT ENERGY, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 17, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52. 

Relator has not established that it is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 19, 2006.

Panel consists of
Justices Hudson, Frost, and Seymore.